IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK16-41395 |
| | ) | CHAPTER 11 |
| HAPPY JACK'S PETROLEUM, INC. | ) | |
| | ) | |
| Debtor. | ) | |

### MOTION BY DEBTOR TO CONVERT CASE
### FROM CHAPTER 11 TO CHAPTER 7

COMES NOW, Happy Jack's Petroleum, Inc., Debtor herein, by and through their attorney, and hereby moves the Court to convert the above entitled case from a proceeding under Chapter 11 of the Bankruptcy Code to a proceeding under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1112.

WHEREFORE, Happy Jack's Petroleum, Inc. prays that this Court enter an Order converting this proceeding from a Chapter 11 of the Bankruptcy Code to a Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1112, and for such other and further relief as this Court may deem equitable and just.

Dated: July 24, 2017.

HAPPY JACK'S PRETROLUEM, INC.,

By  /s/ Zachary W. Lutz-Priefert
William L. Biggs, #10317
Frederick D. Stehlik, #15481
Zachary Lutz-Priefert, #25902
GROSS & WELCH
2120 South 72nd Street, Suite 1500
Omaha, NE 68124
(402) 392-1500
(402) 392-8101 (Fax)

## NOTICE SETTING OBJECTION/RESISTANCE DEADLINE
## ON MOTION TO CONVERT

Please take notice that the Debtor, Happy Jack's Petroleum, Inc., has filed their "Motion to Convert" in the above-captioned adversary proceeding.

Any resistance to the above pleading or request for hearing must be filed with the Clerk of the Bankruptcy Court and a copy served on the movant on or before **August 14, 2017.**

Neb. R. Bankr. P. 9013-1 applies to this proceeding.

If the resistance period expires without the filing of any resistance or request for hearing, the Court will consider the Motion without further notice or a hearing.

If a timely resistance or request for hearing is filed and served, the Clerk shall schedule a hearing upon not less than eleven (11) days' notice.

All resistances to the Motion shall set forth the specific factual and legal basis and conclude with a particular request for relief.

By /s/ Zachary Lutz-Priefert
Zachary Lutz-Priefert, #25902

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017, I caused filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that on the same date I mailed by United States Postal Service, postage prepaid, the document to the non-CM/ECF participants named below:   NONE.

/s/ Cheri M. Snyder
Cheri M. Snyder

13158-1/6CC9993

2