IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:           )      CASE NO. BK 16-41395
                                      )            Chapter 7

HAPPY JACKS PETROLEUM, INC.   )
                                        )
        Debtor.              )

## APPLICATION FOR APPROVAL OF SALE OF PERSONAL PROPERTY, INCLUDING EQUIPMENT AND INVENTORY BY PUBLIC AUCTION FREE AND CLEAR OF LIENS; NOTICE OF OBJECTION/RESISTANCE DEADLINE; AND CERTIFICATE OF SERVICE

COMES NOW the Trustee and for his Application for Approval of Sale by Auction, and alleges as follows:

1.    Among the assets of the bankruptcy estate is personal property consisting of equipment and convenience store items, including store inventory.

2.    The Trustee proposes to sell these items by public auction conducted by Helberg & Nuss Auctions & Realty, a bonded and licensed auction company. The auctioneer will be paid a commission of 10% of the gross proceeds from the sale of all personal property, plus advertising and expenses.

The auctioneer has agreed to charge the bankruptcy estate $12.00 to $15.00 per hour per person for the manpower in use for assembling, transporting, and inspecting the property so that the property can be assembled and placed at the auction location prior to sale.

The sale date will be February 6, 2018 beginning at 10:00 a.m. MT, at 507 East 3rd Street, Brule, Nebraska. The items listed will be sold to the highest bidder.

3.    Included in the list of items to be sold is the convenience store inventory and oil inventory. These items are subject to secured liens of banks. The Trustee intends to sell these items at the public auction with the liens for each item attaching to the sale proceeds pursuant to 11 U.S.C. 363. Trustee anticipates the sale proceeds will not be sufficient to satisfy the liens of the creditors.

4.    Based upon the sale proceeds, there may be income tax due if there is enough money generated from the sale. Tax will be due based upon applicable income tax rate pursuant to the agreement between the Trustee and secured creditors.

5.  In addition to the terms and provisions of the proposed acts described above, the Trustee shall have the right to determine, in his sole discretion, all other terms and conditions of the proposed action which are necessary or convenient to the conclusion of the proposed action described above.   Transfer of title may be made by the Trustee without further notice upon such terms and in such manner as shall be determined by the Trustee in his sole discretion.

WHEREFORE, the Trustee prays for an order of the court approving the sale of items of personal property described herein at auction under the terms and conditions set forth above, by Helberg & Nuss Auctions & Realty and payment of commission and expenses as set forth herein.

Nebraska Rule of Bankruptcy Procedure 9013 provides that all resistances to the Trustee's Application for Approval of Sale by Auction shall set forth the specific factual and legal basis and conclude with a particular request for relief and shall be served in conformance with Nebraska Rule of Bankruptcy Procedure 9014.

**IF NO WRITTEN RESISTANCE OR REQUEST FOR HEARING IS FILED WITH THE BANKRUPTCY COURT CLERK, 460 FEDERAL BUILDING, 100 CENTENNIAL MALL NORTH, LINCOLN, NE  68508 AND SERVED UPON PHILIP KELLY, TRUSTEE, ON OR BEFORE** _January   17_ **,** 2018 **THE BANKRUPTCY COURT WILL CONSIDER ENTERING AN ORDER GRANTING THE RELIEF SOUGHT IN THE TRUSTEE'S APPLICATION FOR APPROVAL OF SALE BY AUCTION.**  If a timely resistance or request for hearing is filed and served, the Bankruptcy Court will schedule a hearing with notice of the hearing being limited to parties who timely file a written resistance or request for hearing and the Trustee.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

DATED: December  _27_ , 2017

PHILIP M. KELLY, Trustee

By_____
Philip M. Kelly, NSBA #15427
DOUGLAS, KELLY, OSTDIEK, SNYDER,
OSSIAN, VOGL and SNYDER, P.C.
105 E 16th Street – PO Box 419
Scottsbluff   NE  69363-0419

Telephone: (308) 632-7191
FAX: (308) 635-1387
E-mail: pkelly@scottsblufflaw.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent this ᵗ⁷⁷ʰ day of December, 2017 by regular United States mail, sufficient postage attached, to all parties on the attached mailing matrix, except for those receiving notification electronically via the CM/ECF system as indicated by a (+) beside their name on the attached matrix.

Philip M. Kelly, NSBA #15427

Label Matrix for local noticing
0867-4
Case 16-41395-TLS
District of Nebraska
Lincoln Office
Wed Dec 27 14:21:37 CST 2017

Adams Bank & Trust
315 N. Spruce
Ogallala, NE 69153-2554

Great Western Enterprises, Inc.
202 North Spruce
Ogallala, NE 69153-2553

Happy Jack's Petroleum, Inc.
P.O. Box 130
Brule, NE 69127-0130

Leon Lee
75990 Rd 330
Grant, NE 69140-3230

Lemmert Hay and Grinding L.L.C.
90 West Highway 92
PO Box 150
Lemoyne, NE 69146-0150

Meyer Bros
76851 Road 338
Madrid, ne 69150-4048

Bruce E. Schreiner
Schroeder & Schreiner, P.C.
2535 North Carleton Avenue, Suite B
Grand Island, NE 68803-1252

Doug Skiles
McPherron, Skiles & Loop, CPAs, P.C.
121 South Jeffers
North Platte, NE 69101-5306

Western Terminal Transportation, L.L.C.
822 S. Beltline Highway West
P.O. Box 2066
Scottsbluff, NE 69363-2066

Adams Bank & Trust
P.O. Box 720
Ogallala, NE 69153-0720

Allen, Scott
471 Road West D South
Ogallala, NE 69153-4515

Alvorth, Jim
P.O. Box 227
Oshkosh, NE 69154-0227

Ansley, Denny
P.O. Box 32
1099 Highway 92 W
Lemoyne, NE 69146-2920

Ascentium Capital
23970 Highway 59 North
Kingwood, TX 77339-1535

Ascentium Capital LLC
PO Box 301593
Dallas, TX 75303-1593

Baerg, Barry
248 Road East N South
Paxton, NE 69155-1730

Baumann Enterprises
P.O. Box 115
Lemoyne, NE 69146-0115

Baumann, Loy
P.O. Box 115
Lemoyne, NE 69146-0115

Beckius, Bernard
P.O. Box 224
Keystone, NE 69144-0224

Beckius, Carl
77075 Road 346
Paxton, NE 69155-4012

Beckman, Joyce
75925 Road 310
Venango, NE 69168-4014

Belsan, Jay
#93 K-1 Cabin Area
Ogallala, NE 69153

Benge, Jerry
32756 Highway 23
Grant, NE 69140-3225

Bishop, Gaylord
P.O. Box 65
Grant, NE 69140-0065

Boehs, John
33260 Road 756
Madrid, NE 69150-4087

Boerder, Bill
P.O. Box 33
Keystone, NE 69144-0033

Bootleg Bar
P.O. Box 14
Madrid, NE 69150-0014

Brinkeman, Harry & Sally
1229 S. Sherman Avenue
Holyoke, CO 80734-2033

Buchta, Karl
18320 Road 22
Chappell, NE 69129-6819

Burgess, Larry
71633 Farm Valley Lane
Ashby, NE 69333-8810

Chisholm, Lee
#1 Hoffman Estates
Brule, NE 69127-4115

Conrad Lobner
20721 Rd 56
Lewellen, NE 69147-8002

Cullinan, Robert
399 Sarben B St.
Paxton, NE 69155-5219

Dahlkoetter, Earl
76860 Road 327
Ogallala, NE 69153-4009

Dahlkoetter, Lloyd
32690 Road 766
Grant, NE 69140-3312

Day Land & Cattle
75385 Road 340
Madrid, NE 69150-4074

Day, Jason
75350 Road 341
Madrid, NE 69150-4060

Deaver, John
75960 Road 318
Grant, NE 69140-2035

Denny Ansley
c/o Law Office of James C. Bocott, PC LL
PO Box 1267, North Platte, NE 69103

Dodson Motors, Inc.
P.O. Box 206
Venango, NE 69168-0206

Dodson, Nathaniel
P.O. Box 6
Venango, NE 69168-0006

Dooley Oil
P.O. Box 2056
Scottsbluff, NE 69363-2056

Dooley Oil Inc.
PO Bx 370
Laramie, WY 82073-0370

Doolittle, Hosmer
209 S. Hardy Avenue
Madrid, NE 69150-4000

Dukes Autobody
P.O. Box 172
Brule, NE 69127-0172

Edmonds, George
304 Hardy Avenue
Ogallala, NE 69153

Ervin, Joan
1198 Road West G 5 North
Brule, NE 69127-3758

Faessler, John & Kelly
12370 US Highway 30
Sidney, NE 69162-3044

Fairbank Equipment
P.O. Box 13237
Wichita, KS 67213-0237

Foster, Tom
31810 Road 755
Grant, NE 69140-2028

Franklin, John
114 Hidden Canyon Est.
Brule, NE 69127-4126

Frickey, Ron
P.O. Box 23
Madrid, NE 69150-0023

Gager, Glenn
135 Highway 92 West
Lemoyne, NE 69146

Gasho, Jerry
1375 Road West J N
Brule, NE 69127-3353

Great Western Enterprises, Inc.
PO Box 720
Ogallala, NE 69153-0720

Hajek, Donnie
P.O. Box 628
Grant, NE 69140-0628

Hansmeier Land & Cattle
702 Keystone Lake Road
Keystone, NE 69144-1730

Hansmeier Land & Cattle
702 Keystone Road
Keystone, NE 69144

Hatch Farms
P.O. Box 38
Grant, NE 69140-0038

Hatch's Farm, Inc.
522 West 5th
PO Box 38
Grant, NE 69140-0038

Hein, Ed
2210 Mathews Avenue
Fort Lupton, CO 80621-7710

Hodges, Clinton
337 Third Street
Lodgepole, NE 69149-2597


Hodges, Gene
1863 Road 139
Lodgepole, NE 69149-2540

Holscher, Kelly
598 Road East 80
Ogallala, NE 69153-5316

Holzfaster's Farm
77045 Road 343
Paxton, NE 69155-4000


Howard, David
144 Henry Street
Lodgepole, NE 69149-2531

Ingold, Shannon
410 Road East 10
Ogallala, NE 69153-4306

Ingold, Shaun
74352 343 Avenue
Wauneta, NE 69045-6534


Integrated Business Works
P.O. Box 190
Brule, NE 69127-0190

Intensive Auto
P.O. Box 34
Madrid, NE 69150-0034

Jack Hill
975 Road West 60
Brule, NE 69127-2513


Jack Orr
1303 Sioux Ridge Drive
Ogallala, NE 69153-3316

Jack and Vicki Hill
975 Road West 60
Brule, NE 69127-2513

Jaeger, Jerome
P.O. Box 193
Venango, NE 69168-0193


Jaeger, John
74261 - 324 Avenue
Imperial, NE 69033-3052

Jeffres, Michael
77090 Road 319
Brule, NE 69127-4007

Jessen Unlimited
32055 Road 761
Grant, NE 69140-2003


John L. Selzer
Simmons Olsen Lawl Firm, P.C.
1502 2nd Avenue
Scottsbluff, NE 69361-3224

John Stulich Asphalt
616 Highway 61 South
Ogallala, NE 69153-4534

John's Repair
11733 East Highway 30
Sidney, NE 69162-3013


KRK, Inc.
33055 Road 322
Grant, NE 69140

Keating, Dave
11214 North Deer Lane
Parker, CO 80138-7911

Keith County Attorney
P.O. Box 29
Ogallala, NE 69153-0029


Keith County Treasurer
511 N. Spruce Street, Suite 103
Ogallala, NE 69153-2156

Kingsley Cattle Co.
702 Keystone Road
Keystone, NE 69144

Koehn, Donna
338 3rd Street
Lodgepole, NE 69149-2532


Koehn, Doyle
1980 Road East 80
Paxton, NE 69155-2924

Krajewski, Joe
76030 Road 316
Grant, NE 69140-2008

Kraus, Doug
P.O. Box 97
Madrid, NE 69150-0097

Kraus, Gerry
P.O. Box 532
Ogallala, NE 69153-0532

Kraus, Tom
33575 Road 767
Madrid, NE 69150-4043

Kreider, Tim
902 Talisman
Scottsbluff, NE 69361-1470


Kringen, Gail
3365 Wright Street
Wheat Ridge, CO 80033-5233

Lacy, Gaylord
P.O. Box 96
Grant, NE 69140-0096

Lapp, Max
P.O. Box 128
Keystone, NE 69144-0128


Lauer, Steve
550 Road West 85
Brule, NE 69127-3714

Lee, Leon
75990 Road 330
Grant, NE 69140-3230

Lemmert Hay
P.O. Box 150
Lemoyne, NE 69146-0150


Lemmert Hay and Grinding, LLC
PO Box 150
Lemoyne, NE 69146-0150

Leon Lee
c/o Law Office of James C. Bocott
PO Box 1267
North Platte, NE 69103-1267

Leuck, Don
P.O. Box 154
Lemoyne, NE 69146-0154


Lewis, Richard and Phyllis
30185 East 166th Avenue
Brighton, CO 80603-8477

Liberty Farms
2212 Westridge Drive
Ogallala, NE 69153-3214

Lobner, Conrad
20721 Road 56
Lewellen, NE 69147-8002


Mays, Warren
P.O. Box 98
Big Springs, NE 69122-0098

Meyer, Jeffery
1290 Road East 10
Ogallala, NE 69153-5112

Meyer, Jeremy
77030 Road 341
Elsie, NE 69134-4083


Meyer, Martin
P.O. Box 115
Paxton, NE 69155-0115

Meyer, Rendale
76765 Road 317
Big Springs, NE 69122-2327

Meyer, Ryal
31945 Road 769
Brule, NE 69127-4006


Munn, Corey
1741 Highway 30
Big Springs, NE 69122-2294

Ogier, Kenny
41548 S. Morning View Road
Wauneta, NE 69045

Onken, Michelle
P.O. Box 806
Chappell, NE 69129-0806


Orr, Crystal
P.O. Box 37
Lewellen, NE 69147-0037

Orr, Jack
1303 Sioux Ridge Drive
Ogallala, NE 69153-3316

Ortega, Lorraine
300 W. 1st
Big Springs, NE 69122-2284


Perkins County Roads
P.O. Box 298
Grant, NE 69140-0298

Perkins County, Nebraska
a Nebraska governmental subdivision
Perkins County Attorney
200 Lincoln Avenue
PO Box 889
Grant, NE 69140-0889

Perrin, Jim
261 Road East 30
Ogallala, NE 69153-4323

Prevailing Winds Corp
32765 Road 758
Grant, NE 69140-3342

Real, Marvin
74691 318th Avenue
Venango, NE 69168-8005

Reese, Troy
P.O. Box 626
Grant, NE 69140-0626

Regier Truck Sales
76055 Road 338
Madrid, NE 69150-4014

Rinehart, Martin
25 Lago Villa
Ogallala, NE 69153-6009

Sandhills Fellowship
P.O. Box 115
Lemoyne, NE 69146-0115

Schmitt, Ann
32250 Highway 23
Grant, NE 69140-2019

Schmitt, David
32260 Highway 23
Grant, NE 69140-2019

Schmitt, Laurie
P.O. Box 72
Venango, NE 69168-0072

Schultz, James
14 Albee
Lewellen, NE 69147-2506

Scofield, Rod
1397 Highway 61 N
Ogallala, NE 69153-5927

Shalla, Wendell
32660 Highway 23
Grant, NE 69140-3224

Signal Bluff Ranch
P.O. Box 67
Lewellen, NE 69147-0067

Spahn, Tom
P.O. Box 13
Brule, NE 69127-0013

Steinwart, David
304 Hardy Avenue
Madrid, NE 69150-4001

Stott, Deryl
75985 Road 333
Madrid, NE 69150-4092

Stulich, John
616 Highway 61 South
Ogallala, NE 69153-4534

Taylor, Donia
39720 Highway 23
Holyoke, CO 80734-9315

Terry, Verla
P.O. Box 2
Madrid, NE 69150-0002

Toews, Walter
213 1/2 South Stevens Avenue
Madrid, NE 69150-4012

Toyne, David
3460 County Road 26
Sedgwick, CO 80749-9509

Toyne, Glenn
6745 County Road 24
Sedgwick, CO 80749-9204

Tucker, Steve
75740 Road 316
Venango, NE 69168-4033

United States Trustee Office
111 South 18th Plaza, Suite 1148
Omaha, NE 68102-1321

Vasa, Steve
705 Keystone Road 5
Keystone, NE 69144-2507

Wade Hill
32715 Road 768
Ogallala, NE 69153-4010

Walrod, Mrs. Rod
75805 Road 320
Grant, NE 69140-2016

Washa, Terry
315 Road West 70
Ogallala, NE 69153-4500

Wegener, Michael
47003 295th Avenue
Humphrey, NE 68642-4100

Western Terminal Transportation
822 S. Beltline Highway West
Scottsbluff, NE 69361-1308

Wilson, Mark
205 West Wilson Road
Lemoyne, NE 69146-9615

Wilson, Rex
P.O. Box 219
Grant, NE 69140-0219

Wisinski, Tom
P.O. Box 187
Louisville, NE 68037-0187

Wolford, Doug
P.O. Box 84
Big Springs, NE 69122-0084

Philip M. Kelly +
Chapter 7 Trustee
PO Box 419
105 E. 16th Street
Scottsbluff, NE 69361-3140

Philip Kelly +
Douglas, Kelly, Ostdiek, et al.
Box 419
105 E. 16th Street
Scottsbluff, NE 69361-3140

William L. Biggs Jr.+
Gross & Welch
2120 So. 72 St.
1500 Omaha Tower
Omaha, NE 68124

George G. Vinton +
George Vinton Attorney at Law
109 East Second Street
P.O. Box 1577
North Platte, NE 69103-1577

Douglas E. Quinn +
McGrath, North, Mullin & Kratz, P.C.
Suite 3700 First National Tower
1601 Dodge Street
Omaha, NE 68102-1650

Frederick D. Stehlik +
Gross & Welch, PC
2120 So 72nd St
1500 Omaha Tower
Omaha, NE 68124-2342

James Overcash +
Woods & Aitken, LLP
301 South 13th Street, Suite 500
Lincoln, NE 68508-2546

Jerry L. Jensen +
US Trustee's Office
111 So 18th Plaza
Suite 1148
Omaha, NE 68102-1321

Patricia Fahey +
U.S. Trustee's Office
111 So 18th Plz
Suite 1148
Omaha, NE 68102-1321

James C. Bocott +
The Law Office of James C. Bocott
315 North Dewey Street, Suite 213
PO Box 1267
North Platte, NE 69103-1267

Robert B. Reynolds +
Reynolds, Korth & Samuelson, P.C., L.L.O
1401 West 1st Street
P.O. Box 717
Ogallala, NE 69153-0717

Laura E. Troshynski +
Pederson Law Office
P.O. Box 1625
315 North Dewey, Suite 205
North Platte, NE 69101-4021

Michael D. Samuelson +
Reynolds, Korth & Samuelson
1401 W. First Street
PO Box 717
Ogallala, NE 69153-0717

Adam A. Hoesing +
Simmons Olsen Law Firm, P.C.
1502 Second Avenue
Scottsbluff, NE 69361-3278

Zachary W Lutz-Priefert +
Gross & Welch
1500 Omaha Tower 2120 S 72nd
Omaha, NE 68124

Steven W Olsen +
Simmons Olsen Law Firm
1502 2nd Ave
Scottsbluff, NE 69361-3278

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Denny Ansley

(u)Hansens's Petroleum Products

(u)Hansmeier Land and Cattle

(u)John Orr dba Signal Bluff Ranch

(u)Kingsley Cattle Co, a Nebraska Corporation

(u)Liberty Farms

(du)John Orr
dba Signal Bluff Ranch

(u)Jim Perrin

(d)Meyer Bros.
76851 Road 338
Madrid, NE 69150-4048


(d)Philip M. Kelly +
Chapter 7 Trustee
PO Box 419
105 E. 16th Street
Scottsbluff, NE 69361-3140

End of Label Matrix
Mailable recipients    169
Bypassed recipients     10
Total                  179